UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DUNLAP DEVELOPMENT, L.L.C.,
A Michigan limited liability company,

        Plaintiff,

v.

JEROME FINK, an individual and
A resident of California

        Defendant.
_____/

Civil Action No. 1:15-cv-00487

Hon. Robert J. Jonker

Robert F. Wardrop II (P31639)
Thomas M. Wardrop (P38268)
Wardrop & Wardrop, P.C.
Attorneys for Plaintiff
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI  49503
(616) 459-1225

Ray H. Littleton II (P69733)
David Russell (P68568)
Laura Genovich (P72278)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendant
1700 East Beltline, NE, Suite 200
Grand Rapids, MI  49525-7044
(248) 539-9903
_____/

## DISMISSAL

NOW COMES Plaintiff, Dunlap Development, LLC, by and through its counsel of record, Wardrop & Wardrop, P.C., and pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit.  Defendant has not filed an Answer or a Motion for Summary Judgment in this proceeding, or in any of the other prior proceedings, and therefore dismissal is appropriate under Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

WARDROP & WARDROP, P.C.

Dated:  September 3, 2015

By:____/s/ Robert F. Wardrop II_____
     Robert F. Wardrop II (P31639)
Business Address:
     300 Ottawa Avenue, NW, Ste. 150
     Grand Rapids, MI  49503
     (616) 459-1225

280801090115.Dismissal – District Court

1